# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-50337
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 26, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HIPOLITO SEGURA-SANCHEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:14-CR-1709-1

Before JOLLY, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Hipolito Segura-Sanchez appeals the 12-month sentence imposed following the revocation of his supervised release on the grounds that it is procedurally and substantively unreasonable. Review is for plain error because Segura-Sanchez did not object. *See United States v. Whitelaw*, 580 F.3d 256, 259–60 (5th Cir. 2009).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-50337

Segura-Sanchez fails to demonstrate any error, plain or otherwise. A district court does not procedurally err by weighing some 18 U.S.C. § 3553(a) factors more heavily than others. *See United States v. Hernandez*, 633 F.3d 370, 375–76 (5th Cir. 2011). His argument fails to rebut the presumption of reasonableness that applies to his consecutive, within-guidelines sentence. *See United States v. Lopez-Velasquez*, 526 F.3d 804, 809 (5th Cir. 2008); *United States v. Candia*, 454 F.3d 468, 473 (5th Cir. 2006); U.S.S.G. § 7B1.3(f) & cmt. n.4.

The judgment of the district court is AFFIRMED.